IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL EDGARDO CASTRO,

    Defendant.

---

ORDER QUASHING WARRANT AND
TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY

---

    THIS MATTER comes to the attention of the Court on request of the probation officer to dismiss supervised release violation proceedings in this case. Charges filed in the United States District Court for the Southern District of California, Docket Numbers 3:11-cr-00815-MMA and 3:11-cr-00815-MMA, which charged the defendant with Illegal Re-entry, were dismissed on March 23, 2011, and September 22, 2011, respectively. On September 22, 2011, the defendant was placed in the custody of the Bureau of Immigration and Customs Enforcement, and subsequently deported to Honduras on October 6, 2011. In light of the defendant's deportation, dismissed cases, and that his supervised release expired on October 9, 2011, it is

    ORDERED that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release is dismissed and the warrant quashed. It is

    FURTHER ORDERED that the defendant's term of supervised release shall be terminated unsuccessfully.

    DATED at Denver, Colorado, this 7th day of December, 2012.

                                       BY THE COURT:

                                       Robert E. Blackburn
                                       United States District Judge